UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| BANDIN, JOHN | ) | Case No. 09-06386-PHX SSC |
| BANDIN, CANDACE WOELTJE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in Sec347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $0.31 |
| 14 | Arizona Fcu<br>333 N 44th Street<br>Phoenix, AZ 85008 | $0.78 |
| 17 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba PAYPAL,25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $3.00 |

February 1, 2011
DATE

/s/ Jill H. Ford
JILL H. FORD, TRUSTEE